IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02600-PSF-CBS

ALEXANDER RIST, Derivatively On Behalf of STARTEK, INC.,

    Plaintiff,

v.

A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
PAMELA S. OLIVER,
TONI E. STEPHENSON,
ED ZSCHAU,
HANK BROWN,
MICHAEL S. SHANNON,
KAY NORTON,
ALBERT C. YATES,
and LAWRENCE ZINGALE,

    Defendants,

- and -

STARTEK, INC., a Delaware corporation,

    Nominal Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    In light of the consolidation of this case with Civil Action No. 05-cv-2326-PSF-CBS (Order dated March 9, 2006, Dkt. # 7), all magistrate judge responsibilities in this matter are hereby transferred from Magistrate Judge Patricia A. Coan to Magistrate Judge Craig B. Shaffer, as follows:

    (X)    Convene a scheduling conference under F.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( ) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED: June 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge